# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

GRANT LEWIS ROGERS

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 1709 - Theft of Mail Matter by Officer or Employee of the United States Postal Service (Class D Felony)

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
6/28/2007
_____ Clerk

Bail, $ Summons — July 23, 2007
9:30 AM

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

18 U.S.C. § 1709 - Theft of Mail Matter by Officer or Employee of the United States Postal Service (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Five (5) years imprisonment; $250,000 fine; three (3) years supervised release; $100 special assessment.

---- DEFENDANT - U.S. ----

▶ GRANT LEWIS ROGERS

DISTRICT COURT NUMBER

**CR 07 0413 CRB**

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
United States Postal Service, Office of Inspector General (USPS-OIG)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Erika R. Frick

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
213 Mill Street
Scotia, CA 95661

Date/Time: July 23, 2007 at 9:30 am

Before Judge: Hon. James Larson, Chief Magistrate Judge

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

   **CR 07   0413   CRB**

12 | UNITED STATES OF AMERICA,    ) No.
13 |     Plaintiff,                ) VIOLATION: 18 U.S.C. § 1709 - Theft of
                                   ) Mail Matter by Officer or Employee of the
14 | v.                            ) United States Postal Service (Class D
                                   ) Felony)
15 |                               )
   | GRANT LEWIS ROGERS            )
16 |                               ) SAN FRANCISCO VENUE
   |     Defendant.                )
17 |_____  )

18
19
20                              INDICTMENT
21 The Grand Jury charges:
22        Between on or about March 1, 2006, and on or about March 31, 2007, within the
23 Northern District of California, the defendant,
24                              GRANT LEWIS ROGERS,
25 while employed by the United States Postal Service as a mail handler, did embezzle letters,
26 packages, bags, and mail, and articles and things contained therein, which were entrusted to him
27 and which came into his possession intended to be conveyed by mail; and did steal, abstract, and
28 remove from such letters, packages, bags, and mail articles and things contained therein, in

INDICTMENT

1 | violation of Title 18, United States Code, Section 1709.

3 | DATED: June 28, 2007                    A TRUE BILL.

                                            _____
                                            FOREPERSON

6 | SCOTT N. SCHOOLS
    United States Attorney

    _____
    IOANA PETROU
    Chief, Major Crimes Section

    (Approved as to form: _____ )
                          AUSA Erika R. Frick

INDICTMENT