AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Grant Lewis Rogers<br>213 Mill Street<br>Scotia, CA 95661 | CASE NUMBER: CR 07-0413 CRB |

(Name and address of defendant)

YOU ARE HEREBY COMMANDED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. District Court<br>Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Courtroom F<br>15th Floor |
| | Date and Time |
| | July 23, 2007<br>9:30 a.m. |
| Before: Magistrate Judge James Larson | |

To answer a(n)

[XX] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1709__

Brief description of offense:   Theft of Mail Matter by Officer or Employee of the United States Postal Service

If you have an attorney, report to Room No. 6894, 20th floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, prior to going to Court.

If you do not have an attorney, report to the Federal Public Defender's Office, Room No. 6884, 19th floor, forty-five minutes prior to the hearing on the date of your court appearance. Before leaving the courthouse, you must also report to Room No. 6894 on the 20th floor.

_[signature]_
Signature of Issuing Officer

Deputy Clerk
Name and Title of Issuing Officer

June 28, 2007
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  7/9/07    Date 1025 hrs

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  7/9/07
         Date

Federico Rocha
Name of United States Marshal

WB [signature]
(by) Deputy United States Marshal

Remarks:

AO 83 (Rev. 12/85) Summons in a Criminal Case

(1) As to who may serve a suummons see Rule 4 of the Federal Rules of Criminal Procedure.