1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR 07-0413 CRB |
|   Plaintiff,                    ) | |
|                                 ) | [PROPOSED] ORDER AND |
|   v.                            ) | STIPULATION CONTINUING STATUS |
|                                 ) | DATE FROM AUGUST 29, 2007 TO |
| GRANT LEWIS ROGERS,             ) | OCTOBER 10, 2007 AND EXCLUDING |
|                                 ) | TIME FROM THE SPEEDY TRIAL ACT |
|   Defendant.                    ) | CALCULATION (18 U.S.C. |
|                                 ) | § 3161(h)(8)(A) & (B)(iv)) |

       The undersigned parties stipulate as follows:

1. The parties' first appearance before this Court is scheduled on August 29, 2007.

2. The defense requests that this matter be continued to October 10, 2007 for the following reasons: Mr. Rogers is unavailable on August 29, 2007 because he entered a 28 day drug and alcohol treatment program at Mountain Vista Farm in early August.  Undersigned defense counsel is unavailable on October 3, 2007, so the next available date before this Court is October 10, 2007.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from August 29, 2007 to October 10, 2007.  The parties concur that failure to grant the requested continuance would unreasonably deny both government and

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1  defense counsel reasonable time necessary for effective case preparation because the parties
2  are still engaged in discovery and other case preparation.
3  IT IS SO STIPULATED.

5  DATED: 8/17/07                                    ____/s/_____
6                                                    ERIKA R. FRICK
                                                     Assistant United States Attorney

8  DATED: 8/16/07                                    ____/s/_____
9                                                    SHAWN HALBERT
                                                     Attorney for Grant Lewis Rogers

**[PROPOSED] ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the first appearance before this Court from August 29, 2007 to October 10, 2007; and (2) excluding time from August 29, 2007 to October 10, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____              _____
                                         THE HON. CHARLES BREYER
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                2