1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        ) No. CR 07-0413 CRB
                                      )
13 |         Plaintiff,                )
                                      ) [PROPOSED] ORDER AND
14 |    v.                             ) STIPULATION CONTINUING STATUS
                                      ) DATE FROM AUGUST 29, 2007 TO
15 | GRANT LEWIS ROGERS,               ) OCTOBER 10, 2007 AND EXCLUDING
                                      ) TIME FROM THE SPEEDY TRIAL ACT
16 |         Defendant.                ) CALCULATION (18 U.S.C.
   |_____)    § 3161(h)(8)(A) & (B)(iv))

19         The undersigned parties stipulate as follows:

20  1. The parties' first appearance before this Court is scheduled on August 29, 2007.

21  2. The defense requests that this matter be continued to October 10, 2007 for the following

22     reasons: Mr. Rogers is unavailable on August 29, 2007 because he entered a 28 day drug and

23     alcohol treatment program at Mountain Vista Farm in early August.  Undersigned defense

24     counsel is unavailable on October 3, 2007, so the next available date before this Court is

25     October 10, 2007.

26  3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

27     § 3161(h)(8)(A) & (B)(iv), from August 29, 2007 to October 10, 2007.  The parties concur

28     that failure to grant the requested continuance would unreasonably deny both government and

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1  defense counsel reasonable time necessary for effective case preparation because the parties
2  are still engaged in discovery and other case preparation.
3  IT IS SO STIPULATED.
4
5  DATED: 8/17/07                                         _____/s/_____
                                                           ERIKA R. FRICK
6                                                          Assistant United States Attorney
7
8  DATED: 8/16/07                                         _____/s/_____
                                                           SHAWN HALBERT
9                                                          Attorney for Grant Lewis Rogers
10
11              **[PROPOSED] ORDER**
12      With the agreement of the parties, and with the consent of the defendant, the Court enters
13  this order (1) continuing the first appearance before this Court from August 29, 2007 to October
14  10, 2007; and (2) excluding time from August 29, 2007 to October 10, 2007, under the Speedy
15  Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
16      **IT IS SO ORDERED.**
17  DATED:__August 21, 2007_____          _____
18                                          THE HON. CHARLES BREYER
                                            United States District Judge
19
20
21
22
23
24
25
26
27
28



STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                    2