SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0413 CRB |
|     Plaintiff, | |
| v. | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 23, 2007 TO AUGUST 29, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| GRANT LEWIS ROGERS, | |
|     Defendant. | |

    The parties appeared before the Court on July 23, 2007. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a status hearing on August 29, 2007, before the Honorable Charles R. Breyer; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 23, 2007 to August 29, 2007. The parties agreed, and the Court found and held, as follows:

    1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1  discovery and case discussions.

2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from July 23, 2007 to August 29, 2007 outweighed the best interest of the
4  public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6  from July 23, 2007 to August 29, 2007 be excluded from Speedy Trial Act calculations under 18
7  U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      4. The Court scheduled a status hearing before the Honorable Charles R. Breyer on
9  August 29, 2007, at 2:15 p.m.

10     IT IS SO STIPULATED.

11

12 DATED: September 17, 2007                      /s/
                                                    ERIKA R. FRICK
13                                                     Assistant United States Attorney

14

15 DATED: September 17, 2007                      /s/
                                                    SHAWN HALBERT
16                                                     Attorney for Grant Lewis Rogers

17

## [PROPOSED] ORDER

18

19     With the agreement of the parties, and with the consent of the defendant, the Court enters
20 this order (1) scheduling a status hearing on August 29, 2007, before the Honorable Charles R.
21 Breyer; and (2) documenting the exclusion of time from July 23, 2007 to August 29, 2007, under
22 the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

23     **IT IS SO ORDERED.**

24 DATED:_____          _____
                                                    THE HON. JAMES LARSON
25                                                     United States Magistrate Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                           2