1   BARRY J. PORTMAN
    Federal Public Defender
2   SHAWN HALBERT
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700

5   Counsel for Defendant

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          )     No. CR 07-0413 CRB
                                        )
13            Plaintiff,                )
                                        )     [PROPOSED] ORDER AND
14        v.                            )     STIPULATION CONTINUING STATUS
                                        )     DATE FROM OCTOBER 10, 2007 TO
15   GRANT LEWIS ROGERS,                )     NOVEMBER 21, 2007 AND EXCLUDING
                                        )     TIME FROM THE SPEEDY TRIAL ACT
16            Defendant.                )     CALCULATION (18 U.S.C.
     _____)     § 3161(h)(8)(A) & (B)(iv))
17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATION AND [PROPOSED] ORDER
     CR 07-0413 CRB

The undersigned parties stipulate as follows:

1. The defense requests that this matter be continued from October 10, 2007 to November 21, 2007 in order to allow the defense additional time to prepare the case.

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from October 10, 2007 to November 21, 2007.  The parties concur that failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation.


IT IS SO STIPULATED.


DATED: _____          _____/s/_____
                                       ERIKA R. FRICK
                                       Assistant United States Attorney


DATED: _____          _____/s/_____
                                       SHAWN HALBERT
                                       Attorney for Grant Lewis Rogers


**[PROPOSED] ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the first appearance before this Court from August 29, 2007 to October 10, 2007; and (2) excluding time from August 29, 2007 to October 10, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____          _____
                                       THE HON. CHARLES BREYER
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                    2