1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )      No. CR 07-0413 CRB
                                     )
13        Plaintiff,                 )
                                     )      [PROPOSED] ORDER AND
14     v.                            )      STIPULATION CONTINUING STATUS
                                     )      DATE FROM OCTOBER 10, 2007 TO
15  GRANT LEWIS ROGERS,              )      NOVEMBER 21, 2007 AND EXCLUDING
                                     )      TIME FROM THE SPEEDY TRIAL ACT
16        Defendant.                 )      CALCULATION (18 U.S.C.
                                     )      § 3161(h)(8)(A) & (B)(iv))

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1    The undersigned parties stipulate as follows:

2    1.   The defense requests that this matter be continued from October 10, 2007 to November 21,

3         2007 in order to allow the defense additional time to prepare the case.

4    2.   The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

5         § 3161(h)(8)(A) & (B)(iv), from October 10, 2007 to November 21, 2007.  The parties

6         concur that failure to grant the requested continuance would unreasonably deny both

7         government and defense counsel reasonable time necessary for effective case preparation.

8

9    IT IS SO STIPULATED.

10

11   DATED: _____          _____/s/_____
                                            ERIKA R. FRICK
12                                          Assistant United States Attorney

13

14   DATED: _____          _____/s/_____
                                            SHAWN HALBERT
15                                          Attorney for Grant Lewis Rogers

16

17                         ~~[PROPOSED]~~ ORDER

18        With the agreement of the parties, and with the consent of the defendant, the Court enters

19   this order (1) continuing the first appearance before this Court from August 29, 2007 to October
                                    October 10, 2007 to November 21, 2007 at 10:00 a.m.
20   10, 2007; and (2) excluding time from ~~August 29, 2007 to October 10, 200~~7, under the Speedy

21   Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

22   **IT IS SO ORDERED.**

23

24   DATED: October 3, 2007 _____



THE HON. CHARLES
United States

IT IS SO ORDERED
Judge Charles R. Breyer

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                2