1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant GRANT LEWIS ROGERS

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              )     No. CR 07-0413 CRB
                                           )
13          Plaintiff,                     )
                                           )     [PROPOSED] ORDER AND
14     v.                                  )     STIPULATION CONTINUING STATUS
                                           )     DATE FROM NOVEMBER 21, 2007 TO
15  GRANT LEWIS ROGERS,                    )     DECEMBER 19, 2007 AND EXCLUDING
                                           )     TIME FROM THE SPEEDY TRIAL ACT
16          Defendant.                     )     CALCULATION (18 U.S.C.
                                           )     § 3161(h)(8)(A) & (B)(iv))

19          The undersigned parties stipulate as follows:

20  1.  The parties' first appearance before this Court is scheduled on November 21, 2007.

21  2.  The defense requests that this matter be continued to December 19, 2007 in order to allow the

22      parties to complete settlement discussions and to allow the defense to complete its review

23      and investigation.

24  3.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

25      § 3161(h)(8)(A) & (B)(iv), from November 21, 2007 to December 19, 2007.  The parties

26      concur that failure to grant the requested continuance would unreasonably deny both

27      government and defense counsel reasonable time necessary for effective case preparation

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1   because the parties are still engaged in case preparation.

2   IT IS SO STIPULATED.

4   DATED: November 15, 2007                    _____/s/_____
                                                ERIKA R. FRICK
5                                               Assistant United States Attorney

7   DATED: November 15, 2007                    _____/s/_____
                                                SHAWN HALBERT
8                                               Attorney  for Grant Lewis Rogers

### [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the first appearance before this Court from November 21, 2007 to December 19, 2007; and (2) excluding time from November 21, 2007 to December 19, 2007, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____                    _____
                                                THE HONORABLE  CHARLES BREYER
                                                United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                              2