BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GRANT LEWIS ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0413 CRB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AND |
| | ) | STIPULATION CONTINUING STATUS |
| v. | ) | DATE FROM NOVEMBER 21, 2007 TO |
| | ) | DECEMBER 19, 2007 AND EXCLUDING |
| GRANT LEWIS ROGERS, | ) | TIME FROM THE SPEEDY TRIAL ACT |
| | ) | CALCULATION (18 U.S.C. |
| Defendant. | ) | § 3161(h)(8)(A) & (B)(iv)) |
| | ) | |

The undersigned parties stipulate as follows:

1.  The parties' first appearance before this Court is scheduled on November 21, 2007.

2.  The defense requests that this matter be continued to December 19, 2007 in order to allow the
parties to complete settlement discussions and to allow the defense to complete its review
and investigation.

3.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
§ 3161(h)(8)(A) & (B)(iv), from November 21, 2007 to December 19, 2007. The parties
concur that failure to grant the requested continuance would unreasonably deny both
government and defense counsel reasonable time necessary for effective case preparation

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1    because the parties are still engaged in case preparation.

2    IT IS SO STIPULATED.

3

4    DATED: November 15, 2007                    /s/

5                                               ERIKA R. FRICK
                                               Assistant United States Attorney

6

7    DATED: November 15, 2007                    /s/

8                                               SHAWN HALBERT
                                               Attorney for Grant Lewis Rogers

9

10                            [PROPOSED] ORDER

11        With the agreement of the parties, and with the consent of the defendant, the Court enters

12   this order (1) continuing the first appearance before this Court from November 21, 2007 to

13   December 19, 2007; and (2) excluding time from November 21, 2007 to December 19, 2007,

14   under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15        **IT IS SO ORDERED.**

16   DATED:_ November 16, 2007 ____

17                                               THE HONORABLE CHARLES BREYER
                                               United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                    2