BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR 07-0413 CRB |
| Plaintiff,         ) | |
| v.         ) | [PROPOSED] ORDER AND STIPULATION CONTINUING STATUS DATE FROM DECEMBER 19, 2007 TO JANUARY 16, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| GRANT LEWIS ROGERS,         ) | |
| Defendant.         ) | |

The undersigned parties stipulate as follows:

1. The parties' appearance before this Court is scheduled on December 19, 2007.

2. The defense requests that this matter be continued to January 16, 2008 in order to allow the defense to complete its review and investigation and to present additional information to the government so that the parties can complete settlement discussions.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from December 19, 2007 to January 16, 2008.   The parties concur that failure to grant the requested continuance would unreasonably deny defense

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

counsel reasonable time necessary for effective case preparation.

IT IS SO STIPULATED.

DATED: December 19, 2007    \_\_\_\_\_/s/_____
ERIKA R. FRICK
Assistant United States Attorney

DATED: December 19, 2007    \_\_\_\_\_/s/_____
SHAWN HALBERT
Attorney for Grant Lewis Rogers

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from December 19, 2007 to January 16, 2008; and (2) excluding time from December 19, 2007 to January 16, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____    _____
THE HON. CHARLES BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                    2