1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   No. CR 07-0413 CRB
   |                                  )
13 |         Plaintiff,                )
   |                                  )   [PROPOSED] ORDER AND
14 |     v.                            )   STIPULATION CONTINUING STATUS
   |                                  )   DATE FROM DECEMBER 19, 2007 TO
15 | GRANT LEWIS ROGERS,               )   JANUARY 16, 2008 AND EXCLUDING
   |                                  )   TIME FROM THE SPEEDY TRIAL ACT
16 |         Defendant.                )   CALCULATION (18 U.S.C.
   |                                  )   § 3161(h)(8)(A) & (B)(iv))

21      The undersigned parties stipulate as follows:

22 1. The parties' appearance before this Court is scheduled on December 19, 2007.

23 2. The defense requests that this matter be continued to January 16, 2008 in order to allow the

24    defense to complete its review and investigation and to present additional information to the

25    government so that the parties can complete settlement discussions.

26 3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

27    § 3161(h)(8)(A) & (B)(iv), from December 19, 2007 to January 16, 2008.   The parties

28    concur that failure to grant the requested continuance would unreasonably deny defense

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1   counsel reasonable time necessary for effective case preparation.

2   IT IS SO STIPULATED.

4   DATED: December 19, 2007                    _____/s/_____
                                                ERIKA R. FRICK
5                                               Assistant United States Attorney

7   DATED: December 19, 2007                    _____/s/_____
                                                SHAWN HALBERT
8                                               Attorney for Grant Lewis Rogers

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from December 19, 2007 to January 16, 2008; and (2) excluding time from December 19, 2007 to January 16, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: December 20, 2007

THE HON. CHARLES BREYER
United States

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                  2