1 BARRY J. PORTMAN
Federal Public Defender
2 SHAWN HALBERT
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0413 CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND STIPULATION CONTINUING STATUS DATE FROM JANUARY 16, 2008 TO JANUARY 30, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| v. | ) | |
| | ) | |
| GRANT LEWIS ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned parties stipulate as follows:

1. The parties' appearance before this Court is scheduled on January 16, 2008 at 2:15 p.m.

2. The defense requests that this matter be continued to January 30, 2008 at 2:15 p.m. in order to allow the government to review information that the defense recently provided to the government in an effort to resolve this case. The government agrees that the continuance is reasonable in light of the defendant's recent provision of additional materials to the government.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from January 16, 2008 to January 30, 2008. The parties concur that failure to grant the requested continuance would unreasonably deny defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

reasonable time necessary for effective case preparation.

IT IS SO STIPULATED.

DATED: January 14, 2008                      _____/s/_____
                                             ERIKA R. FRICK
                                             Assistant United States Attorney


DATED: January 14, 2008                      _____/s/_____
                                             SHAWN HALBERT
                                             Attorney for Grant Lewis Rogers

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

### [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from January 16, 2008 at 2:15 p.m. to January 30, 2008 at 2:15 p.m.; and (2) excluding time from January 16, 2008 to January 30, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____          _____
                                       THE HON. CHARLES BREYER
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                    2