BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>GRANT LEWIS ROGERS,<br><br>　　　Defendant. | No. CR 07-0413 CRB<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING STATUS DATE FROM JANUARY 16, 2008 TO JANUARY 30, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

The undersigned parties stipulate as follows:

1. The parties' appearance before this Court is scheduled on January 16, 2008 at 2:15 p.m.

2. The defense requests that this matter be continued to January 30, 2008 at 2:15 p.m. in order to allow the government to review information that the defense recently provided to the government in an effort to resolve this case. The government agrees that the continuance is reasonable in light of the defendant's recent provision of additional materials to the government.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from January 16, 2008 to January 30, 2008. The parties concur that failure to grant the requested continuance would unreasonably deny defense counsel

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

reasonable time necessary for effective case preparation.

IT IS SO STIPULATED.

DATED: January 14, 2008        _____/s/_____
                               ERIKA R. FRICK
                               Assistant United States Attorney


DATED: January 14, 2008        _____/s/_____
                               SHAWN HALBERT
                               Attorney for Grant Lewis Rogers

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from January 16, 2008 at 2:15 p.m. to January 30, 2008 at 2:15 p.m.; and (2) excluding time from January 16, 2008 to January 30, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED: Janaury 15, 2008        _____
                               THE HON. CHARLES BREYER
                               United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                2