1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,     )     No. CR 07-0413 CRB
                                  )
13          Plaintiff,             )
                                  )     [PROPOSED] ORDER AND
14      v.                        )     STIPULATION CONTINUING STATUS
                                  )     DATE FROM JANUARY 30, 2008 TO
15  GRANT LEWIS ROGERS,           )     FEBRUARY 6, 2008 AND EXCLUDING
                                  )     TIME FROM THE SPEEDY TRIAL ACT
16          Defendant.             )     CALCULATION (18 U.S.C.
                                  )     § 3161(h)(8)(A) & (B)(iv))

17

18

19      The undersigned parties stipulate as follows:

20  1.  The parties' appearance before this Court is scheduled on January 30, 2008 at 2:15 p.m.

21  2.  The parties request that this matter be continued to February 13, 2008  at 2:15 p.m. in light of

22      the new information recently presented by the defense to the government, in order to allow

23      the parties to complete their settlement negotiations.

24  3.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

25      § 3161(h)(8)(A) & (B)(iv), from January 30, 2008 to February 13, 2008.   The parties concur

26      that failure to grant the requested continuance would unreasonably deny counsel reasonable

27      / / /

28      / / /

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

time necessary for effective case preparation.

IT IS SO STIPULATED.

DATED: January 28, 2008       _____/s/_____
                              ERIKA R. FRICK
                              Assistant United States Attorney

DATED: January 28, 2008       _____/s/_____
                              SHAWN HALBERT
                              Attorney for Grant Lewis Rogers

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from January 30, 2008 at 2:15 p.m. to February 6, 2008 at 2:15 p.m.; and (2) excluding time from January 30, 2008 to February 13, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO ORDERED.**

DATED:_____           _____
                                     THE HON. CHARLES BREYER
                                     United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                          2