1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0413 CRB |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER AND |
| v. ) | STIPULATION CONTINUING STATUS |
| ) | DATE FROM JANUARY 30, 2008 TO |
| GRANT LEWIS ROGERS, ) | FEBRUARY 6, 2008 AND EXCLUDING |
| ) | TIME FROM THE SPEEDY TRIAL ACT |
| Defendant. ) | CALCULATION (18 U.S.C. |
| ) | § 3161(h)(8)(A) & (B)(iv)) |

The undersigned parties stipulate as follows:

1. The parties' appearance before this Court is scheduled on January 30, 2008 at 2:15 p.m.

2. The parties request that this matter be continued to February 13, 2008 at 2:15 p.m. in light of the new information recently presented by the defense to the government, in order to allow the parties to complete their settlement negotiations.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from January 30, 2008 to February 13, 2008. The parties concur that failure to grant the requested continuance would unreasonably deny counsel reasonable

///

///

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1  time necessary for effective case preparation.

2  IT IS SO STIPULATED.

4  DATED: January 28, 2008                             \_\_\_\_\_/s/_____
                                                       ERIKA R. FRICK
5                                                      Assistant United States Attorney

7  DATED: January 28, 2008                             \_\_\_\_\_/s/_____
                                                       SHAWN HALBERT
8                                                      Attorney for Grant Lewis Rogers

9  

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

15  **[PROPOSED] ORDER**

16  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the appearance before this Court from January 30, 2008 at 2:15 p.m. to February ~~6,~~ 13, 2008 at 2:15 p.m.; and (2) excluding time from January 30, 2008 to February 13, 2008, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

20  **IT IS SO ORDERED.**

21  DATED: January 28, 2008                            _____
                                                       THE HON. CHARLES BREYER
                                                       United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                    2