BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GRANT LEWIS ROGERS,<br><br>  Defendant. | No. CR 07-0413 CRB<br><br>[PROPOSED] ORDER AND STIPULATION REFERRING CASE TO MAGISTRATE COURT AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

The undersigned parties stipulate as follows:

1. The parties had a court appearance scheduled for February 13, 2008, which was taken off calendar at the request of the parties.

2. The parties have reached a misdemeanor resolution of this case and thus request a referral to the Magistrate Duty Judge for March, 2008, which is the Honorable Judge Joseph C. Spero, for entry of plea on March 17, 2008 at 9:30 a.m.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), and 18 U.S.C. § 3161(h)(1)(I), from February 13, 2008 to March 17, 2008. The parties concur that failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation and for continuity of counsel. 18 U.S.C. § 3161(h)(8)(A) &

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

(B)(iv). The exclusion is also justified by the magistrate court's consideration of the proposed plea agreement, which the government will submit to the Court.  18 U.S.C. § 3161(h)(1)(I).

IT IS SO STIPULATED.

DATED:  March 13, 2008                              /s/_____
                                                    ERIKA R. FRICK
                                                    Assistant United States Attorney

DATED:  March 13, 2008                              /s/_____
                                                    SHAWN HALBERT
                                                    Attorney for Grant Lewis Rogers

## [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) referring the case for a misdemeanor resolution to magistrate court, the Honorable Joseph C. Spero, for entry of plea on March 17, 2008 at 9:30 a.m., and (2) excluding time from February 13, 2008 to March 17, 2008, under the Speedy Trial Act, § 3161(h)(8)(A) & (B)(iv), and 18 U.S.C. § 3161(h)(1)(I).

**IT IS SO ORDERED.**

DATED:_____                         _____
                                                    THE HON. CHARLES BREYER
                                                    United States District Judge