```
1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ROGERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GRANT LEWIS ROGERS,<br><br>    Defendant. | No. CR 07-0413 CRB<br><br>[~~PROPOSED~~] ORDER AND STIPULATION REFERRING CASE TO MAGISTRATE COURT AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |

The undersigned parties stipulate as follows:

1. The parties had a court appearance scheduled for February 13, 2008, which was taken off calendar at the request of the parties.

2. The parties have reached a misdemeanor resolution of this case and thus request a referral to the Magistrate Duty Judge for March, 2008, which is the Honorable Judge Joseph C. Spero, for entry of plea on March 17, 2008 at 9:30 a.m.

3. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), and 18 U.S.C. § 3161(h)(1)(I), from February 13, 2008 to March 17, 2008. The parties concur that failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation and for continuity of counsel. 18 U.S.C. § 3161(h)(8)(A) &

STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB

1  (B)(iv). The exclusion is also justified by the magistrate court's consideration of the proposed
2  plea agreement, which the government will submit to the Court. 18 U.S.C. § 3161(h)(1)(I).

4  IT IS SO STIPULATED.

6  DATED: March 13, 2008                              ____/s/_____
                                                      ERIKA R. FRICK
7                                                     Assistant United States Attorney

9  DATED: March 13, 2008                              ____/s/_____
                                                      SHAWN HALBERT
10                                                    Attorney for Grant Lewis Rogers

12                              [PROPOSED] ORDER

13     With the agreement of the parties, and with the consent of the defendant, the Court enters
14  this order (1) referring the case for a misdemeanor resolution to magistrate court, the Honorable
15  Joseph C. Spero, for entry of plea on March 17, 2008 at 9:30 a.m., and (2) excluding time from
16  February 13, 2008 to March 17, 2008, under the Speedy Trial Act, § 3161(h)(8)(A) & (B)(iv),
17  and 18 U.S.C. § 3161(h)(1)(I).

18     **IT IS SO ORDERED.**

19  DATED: March 17, 2008



STIPULATION AND [PROPOSED] ORDER
CR 07-0413 CRB                                    2