1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0413 CRB |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RE REASSIGNMENT OF CASE TO MAGISTRATE COURT. |
| v. | ) | |
| GRANT LEWIS ROGERS, | ) | |
| Defendant. | ) | |

For the reasons contained in the Order and Stipulation Referring Case to Magistrate Court and Excluding Time from the Speedy Trial Act Calculation (18 U.S. C. §3161(h)(8)(A) & (B)(iv)), signed by this Court on March 14, 2008, this case is hereby reassigned to Magistrate Judge Joseph C. Spero.

**IT IS SO ORDERED.**

Dated: _____     _____
THE HONORABLE CHARLES R. BREYER
United States District Judge

1