UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0413 CRB |
| Plaintiff, ) | [~~PROPOSED~~] ORDER RE REASSIGNMENT OF CASE TO MAGISTRATE COURT. |
| v. ) | |
| GRANT LEWIS ROGERS, ) | |
| Defendant. ) | |

For the reasons contained in the Order and Stipulation Referring Case to Magistrate Court and Excluding Time from the Speedy Trial Act Calculation (18 U.S. C. §3161(h)(8)(A) & (B)(iv)), signed by this Court on March 14, 2008, this case is hereby reassigned to Magistrate Judge Joseph C. Spero.

**IT IS SO ORDERED.**

Dated: March 17, 2008

THE HON. CHARLES R. BREYER
United States District Judge

*[Signature and seal: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

1