AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1703(b) - Delay or Destruction of Mail or Newspapers (One Count)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:

Maximum Prison Term of One Year;
Maximum Fine $100,000;
Maximum Supervised Release of One Year;
Mandatory Special Assessment of $25.

08 MAR 14  PM 3: 23

**DEFENDANT - U.S.**

► GRANT LEWIS ROGERS

DISTRICT COURT NUMBER

CR No. 07-0413 CRB

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Department of Housing & Urban Development (HUD)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
07-0413 CRB

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

Joseph P. Russoniello

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Erika R. Frick

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  March 17, 2008 at 9:30 am

Before Judge:  Hon. Joseph C. Spero

Comments:

1     JOSEPH P. RUSSONIELLO (CABN 44332)

        United States Attorney

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | UNITED STATES OF AMERICA, | ) | No. CR 07-0413 CRB |
|---|---|---|---|
| 13 | Plaintiff, | ) ) | VIOLATION: Title 18, United States Code, |
| 14 | v. | ) ) | Section 1703(b) – Delay or Destruction of Mail or Newspapers (Class A Misdemeanor) |
| 15 | GRANT LEWIS ROGERS, | ) ) | SAN FRANCISCO VENUE |
| 16 | Defendant. | ) ) |  |
| 17 |  | ) |  |

18

19                        SUPERSEDING INFORMATION

20     The United States Attorney charges:

21        From about March 2006 through about March 2007, the defendant,

22                       GRANT LEWIS ROGERS,

23     without authority, opened and destroyed mail and packages of newspapers not directed to him,

24     //

25     //

26     //

27     //

28     //

    SUPERSEDING INFORMATION
    CR 07-0413 CRB

1   //

2   in violation of Title 18, United States Code, Section 1703(b), a Class A Misdemeanor.

3

4   DATED: *February 10, 2008*                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney
5

6

7                                                 KYLE F. WALDINGER
                                                  Deputy Chief, Major Crimes Section
8

9   (Approved as to form                    )
                                ERIKA R. FRICK
10                              Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INFORMATION
CR 07-0555 WHA