rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 10 Min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | | REPORTER/FTR FTR 9:33-9:43 | | |
| MAGISTRATE JUDGE JOSEPH C. SPERO | | DATE March 17, 2008 | | | NEW CASE ☐ | CASE NUMBER CR07-0413 JCS | |

| APPEARANCES |||||||||
|---|---|---|---|---|---|---|---|---|
| DEFENDANT Grant Lewis Rogers | AGE 24 | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Shawn Halbert ||| PD. ☒  RET. ☐ APPT. ☐ ||
| U.S. ATTORNEY Erika Frick || INTERPRETER ||| ☐ FIN. AFFT SUBMITTED | ☐ | COUNSEL APPT'D ||
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Betty Kim |||| DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ | PARTIAL PAYMENT OF CJA FEES | ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR ||||||
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☒ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION  Class A Misdemeanor | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE |||||
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ || CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ ||
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF |||||

| PLEA |||||
|---|---|---|---|---|
| ☒ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☒ Count 1 of the Class A Misd. Info. ||
| ☒ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: ||

| CONTINUANCE ||||||
|---|---|---|---|---|---|
| TO: 06/20/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | | ☐ STATUS / TRIAL SET |
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | | ☐ OTHER |
| BEFORE HON. Judge Spero | ☐ DETENTION HEARING | | ☐ MOTIONS | | ☒ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Dft referred to US Probation for pre-sentence report.

KH, JCS

DOCUMENT NUMBER: