BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00413 JCS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| ) | |
| GRANT L. ROGERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      The Federal Public Defender was previously appointed as counsel for defendant in the above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert. Counsel's contact information is listed above.

Dated: May 14, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender

                              /S/

                              NED SMOCK
                              Assistant Federal Public Defender

Notice of Substitution of Attorney                 1