BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GRANT LEWIS ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00413 JCS |
| ) | |
| Plaintiff, ) | **Memorandum Requesting Change of Sentencing Date** |
| ) | |
| vs. ) | |
| ) | |
| GRANT LEWIS ROGERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Sentencing in this matter is now scheduled for June 20, 2008 at 10:30 a.m. The parties need additional time to review the draft presentence report and resolve issues related to the advisory guideline sentencing calculations. In addition, undersigned defense counsel recently took over the case and needs time to familiarize himself with the relevant facts and procedural history. Accordingly, the parties ask that sentencing be postponed to August 1, 2008 at 10:30 a.m. The assigned United States Probation officer has been advised of this request and has no

//

//

//

Stip re: Dispo Date                         1

1  objection.  The final presentence report will be due two weeks prior to the new sentencing date.

2

3  Dated: May 27, 2008                                    /s/ Ned Smock
                                                          NED SMOCK
                                                          Assistant Federal Public Defender
4

5
   Dated: May 27, 2008                                    /s/ Erika Frick
6                                                         ERIKA FRICK
                                                          Assistant United States Attorney
7

8

9
   **IT IS SO ORDERED.**
10

11 Date: May ____ , 2008          _____
                                  Hon. Joseph C. Spero
12                                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip re: Dispo Date                          2