# Exhibit A



Grant on wedding day with wife Laura - January 10, 2004



Grant with daughter Emma - November 2006



Grant with wife Laura and daughter Emma at Trinity Lake
July 2007