# Exhibit B

# Mountain Vista Farm

*Alcoholism and Chemical Dependency Treatment Programs*
*Since 1949*

Bill Redder, CADC
Chief Executive Officer

Lee Hamilton, MS, MAC
Executive Director

September 12, 2007

RE: Grant Rogers

To Whom It May Concern,

Please be advised that Mr. Rogers admitted himself into this facility for treatment of his addiction on August 8, 2007. He completed our residential program on September 12, 2007. He will be eligible to attend our weekly aftercare groups as part of his ongoing recovery. We encourage him to participate in aftercare for a full two-years. In addition he has been advised to follow his relapse prevention plan in an effort to support his recovery.

Sincerely,

*Nadine Vezzali*

Nadine Vezzali
Administrative Supervisor

3020 Warm Springs Road • Glen Ellen, CA 95442
Phone (707) 996-6716 • Fax (707) 996-6647 • www.mountainvistafarm.com