**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08/06/2008 05:33 PM EST                                                                                                                                          Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000413 | | | | | | | |
| 001 | GRANT LEWIS ROGERS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611021941 | 1 | PR | 25.00 | 08/01/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

Cr 07-413 MHL

$25.00 SPECIAL ASSESSMENT
PAID IN FULL  on 8-1-08

Page 1  of  1